**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01416-CR
No. 05-17-01417-CR

**BERRY RAY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 16-60034-86-F, 17-00260-86-F**

## ORDER

By order entered on March 21, 2018, the Court granted appellant's second motion to extend the time to file his brief. The Court's order extended the due date for appellant's brief to April 20, 2018. On April 25, 2018, the Clerk transmitted a notice to appellant informing him that the time for filing his brief had expired and directing him to file, within ten days, both the brief and an extension motion. To date, appellant has not responded to the Clerk's notice, and he has not filed a brief.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether

appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     CRAIG STODDART
JUSTICE